UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

JOHN MICHAEL BALE,

    Plaintiff,

v.

HALL, GAY, ELTON,

    Defendants.

CASE NO. C14-5768 RJB

ORDER ADOPTING REPORT AND RECOMMENDATION DENYING MOTION TO PROCEED *IN FORMA PAUPERIS*

This matter comes before the court on the Report and Recommendation of the United States Magistrate Judge Karen l. Strombom. Dkt. 5. The Magistrate Judge recommends that the Court deny Plaintiff's application to proceed *in forma pauperis* because Plaintiff's litigation merely repeats pending litigation and is irresponsible litigation that should not be subsidized by the Court. *Id.*

Plaintiff has filed an objection. Plaintiff's objection does not address the basis of the Report and Recommendation and is not persuasive.

The Court, having reviewed the Report and Recommendation of Magistrate Judge Karen L. Strombom, objection to the Report and Recommendation, and the remaining record, does hereby find and **ORDER:**

    1.    The Court adopts the Report and Recommendation;

    2.    The Court denies plaintiff's motion to proceed *in forma pauperis*.

1
2
    3.     The Clerk shall file the complaint only on receipt of the usual four hundred dollar filing fee. If no filing fee is paid within 30 days of the date of this Order, the Clerk shall close the file.

3
4
    4.     The Clerk is directed to send copies of this order to plaintiff and to the Honorable Karen L. Strombom.

5     DATED this 24th day of October, 2013.

6
7
*[signature]*
_____
ROBERT J. BRYAN
8     United States District Judge

9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24

REPORT AND RECOMMENDATION - 2